**VIRGINIA: IN THE GENERAL DISTRICT COURT FOR THE CITY OF CHESAPEAKE**

YOLANDA GILLARD

   Plaintiff

v.

            Case No.: GV21009896-00

WALMART INC.

   Defendant.

## BILL OF PARTICULARS

COMES NOW the Plaintiff, YOLANDA GILLARD, by counsel, and moves for judgment against the Defendant WALMART INC., on the grounds and in the amount as hereinafter set forth:

1. On or about October 19, 2019, the Plaintiff, YOLANDA GILLARD, was a business invitee lawfully upon the premises of the Defendants' location at 1521 Sams Club Drive, in the City of Chesapeake, Virginia, which premises is owned and/or operated by the Defendant.

2. The Defendant, WALMART INC., upon information and belief, is a corporation organized under the laws of the Commonwealth of Virginia, and doing business in the Commonwealth of Virginia, specifically in the City of Chesapeake.

3. On or about the above date, upon the aforesaid premises owned and/or operated by the Defendant WALMART INC., there existed a dangerous condition/defect, a clear substance on the floor near the self-checkout registers, an area commonly traversed by patrons and invitees, including the Plaintiff. As a result of the aforesaid condition/defect, the Plaintiff was caused to slip and fall, causing her to sustain serious injuries.

4. The Defendant, WALMART INC., as owner and/or operated of the aforesaid

premises, owed a duty to the Plaintiff, to keep said premises free from dangerous conditions and hazards which they knew or should have known existed, and breached this duty by failing to use the care a reasonable entity would have used under the circumstances of this case, as set forth herein.

5. The Defendant, WALMART INC. failed to maintain the premises in a reasonably safe condition for use by their business invitees, including the Plaintiff.

6. The Defendant, WALMART INC. did not take adequate steps or precautions to inspect the area of the premises where the Plaintiff was injured or to correct the dangerous condition/defect that existed thereon.

7. The Defendant, WALMART INC. failed to take adequate precautions to warn the Plaintiff and other business invitees of such dangerous condition/defect which they knew or should have known existed.

8. The Defendant, WALMART INC. upon a reasonable inspection, knew or should have known of the dangerous condition/defect and should have known said condition/defect was likely to cause harm or injury to invitees lawfully upon the premises.

9. The negligence on the part of the Defendant WALMART INC. constituted a proximate cause of the accident, damages, and injuries suffered by the Plaintiff.

10. As a direct and proximate result of the negligence of the Defendant, WALMART INC. the Plaintiff was caused to sustain injuries; has suffered pain of body and mind and inconvenience; and has incurred doctors' and related bills in excess of $5,168.33 in an effort to be cured of said injuries. (Attached and incorporated hereto as Exhibit A and to be supplemented.)

WHEREFORE, Plaintiff, YOLANDA GILLARD, demand judgment against the Defendant, in the sum of Fifty Thousand Dollars ($50,000.00) and her costs in this behalf

expended all with prejudgment interest from November 19, 2019 and post-judgment interest as allowed by law.

                          YOLANDA GILLARD

By: _____
        Of Counsel

David Ratz, Esq.
HUFFMAN & HUFFMAN
BROTHERS-IN-LAW, PLLC
12284 Warwick Boulevard
Newport News, VA  23606
Phone: (757) 599-6050
Fax: (757) 591-2784

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Bill of Particulars with attached medical bills and records was sent via facsimile and U.S. mail to Sarah E. Gallo, Esq., McCandlish Holton, 1111 E. Main Street, Suite 2100, Richmond, VA 23219 on this the 7th day of December, 2021.

David Ratz, Esquire

David Ratz, Esq.
HUFFMAN & HUFFMAN
BROTHERS-IN-LAW, PLLC
12284 Warwick Boulevard
Newport News, VA 23606
Phone: (757) 599-6050
Fax: (757) 591-2784

# EXHIBIT A

## YOLANDA GILLARD v. WALMART INC.

| | | |
|---|---|---|
| 1. | Chesapeake Emergency Physicians | $ |
| 2. | Chesapeake Radiologists LTD | $ 267.00 |
| 3. | Chesapeake Regional Medical Center | $ 4,901.33 |
| | **TOTAL:** | **$ 5,168.33** |